Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED ___ LODGED
___ RECEIVED
AUG 11 2020
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of WESTERN
Division

*35 NEW EMERGENCY's*
"JUST CAUSE's"
*Declarations of WAR*

*Public ENDANGERMENT*
*"IMMEDIATELY"*

Timothy Robert Petrozzi
Plaintiff(s) EVERY ABUSED AND TROTTED UPON VOICE FROM WSH AND ESH
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

WASHINGTON STATE GOVERNORS OFFICE, WASH. ST. ATTORNEY GENERAL, ATG JASON SCHUTZ, DOE JASON SIEMS, RONALD LEIGHTON, SUSAN GOMES (GALMEZ), U.S. MARSHALL WADE, D.S.H.S., CASEY ARBENZ, JAMES POWERS, ALL AND ANY JUSTICE'S OF WASHINGTON STATE
Defendant(s) THURSTON COUNTY
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

CITY OF LACEY, JEFF MYERS, SCOTT SPENCE, LUIS FRAGOSO, CITY OF OLYMPIA, TONI SHELDON, DEREK BYRNE AND MANY MORE, BUT MAINLY JAMES FLYNN HIM AND RON 111

Case No. _____
(to be filled in by the Clerk's Office)

APPEAL ✓ "CHANGE VENUE" X35
Jury Trial: (check one) ☐ Yes ☐ No  U.S. SUPREME COURT

CALL TO THE 2ND AMENDMENT ALL AND ANY JUSTICES (CITY, COUNTY, STATE) OF WASHINGTON STATE UNDER COLOR OF LAW, JUDICIAL CANONS, OATH OF OFFICE.

"DEMAND RESTORING VOICES OF THE TROTTED UPON"
18. U.S.C. 241 - CONSPIRACY AGAINST RIGHTS
18. U.S.C. 242 - DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, 18, U.S.C. 245, (FACE) 18, U.S.C. 248, TITLE 42 U.S.C., SECTION 14141
PATTERN AND PRACTICE
10 U.S. CODE § - ART. 125 KIDNAPPING
42 U.S.C. 1983
THE "iRONY" IN "IT"

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: TIMOTHY ROBERT PETROZZI
Address: 700 SLEATER KINNEY Rd SE, STE-B295
City: LACEY   State: WA   Zip Code: 98503
County: THURSTON County
Telephone Number: (360) 688-9922
E-Mail Address: BRONX_98496@YAHOO.COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

"My 2 SONS" I SEE YOU. OWE YOU BOTH ONE!!!

Defendant No. 1
Name: RONALD LEIGHTON "LIGHT ON"
Job or Title: UNITED STATES DISTRICT COURT JUDGE - Conspire
Address: 1717 PACIFIC AVE   "A RON-PIERCE"
City: TACOMA   State: WA   Zip Code: 98402
County: PIERCE
Telephone Number: (253) 882-3800
E-Mail Address: LEIGHTONORDERS@WAWD.USCOURTS.GOV
☑ Individual capacity   ☑ Official capacity
☑ BOTH "All AND Any" OL' BARNEY

Defendant No. 2 "My BROTHER"   HA, HA, HA
Name: JAMES FLYNN "Jimmy Johns"
Job or Title: THE MYSTERY MAN??? THY GREEK??? OLY FBI???
Address: 2404 GALLOWAY/HAWTHORNE - FOllOW THE CLOVER FROM ADAM
"THIS DUDE'S TRASH" City: OLYMPIA   State: WA   Zip Code: 98501   JEFFERSON
YUCK, ICK
County: THURSTON
Telephone Number: HE SURE KNOW'S MINE, KNOW'S A LOT ABOUT
E-Mail Address: ME, All OVER MY PHONE, THIS IS THE BODY MAN
☑ Individual capacity   ☑ Official capacity
☑ BOTH "All AND Any"

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3, 4, 5
Name: BRETT PURTZER, CASEY ARBENE, MONTE HESTER
Job or Title (if known): HESTER LAW GROUP ATTORNEY'S ALL BOND'S OATH'S
Address: 1717 PACIFIC AVE / 1008 SOUTH YAKIMA AVE WA STE-302
City: TACOMA
State: WA
Zip Code: 98405
County: PIERCE
Telephone Number: (253) 300-3034
E-Mail Address (if known):

[✓] Individual capacity   [✓] Official capacity
BOTH "ANY AND ALL"

Defendant No. 6, 7
Name: JAY INSLEE / BOB FERGUSON
Job or Title (if known): GOVERNOR WA.ST / ATG WA.ST
Address: 1125 WASHINGTON ST
City: OLYMPIA
State: WA
Zip Code: 98504
County: THURSTON
Telephone Number:
E-Mail Address (if known): SERVICE.ATG@ATG.WA.GOV,, JAY.INSLEE@GOV.WA.GOV, BOB.FERGUSON@ATG.WA.GOV

[ ] Individual capacity   [✓] Official capacity

II.   Basis for Jurisdiction  MANY, MANY MORE, UNITED STATES POSTAL SERVICE - WA STATE

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against (check all that apply):

   [✓] Federal officials (a *Bivens* claim)

   [✓] State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

42 CFR 482.13, 18 U.S.C. 241 CONSPIRACY AGAINST RIGHT'S, 18 U.S.C. 242 DEPRIVATION OF RIGHT'S UNDER COLOR OF LAW, 18 U.S.C 245, (FACE) 18 U.S.C. 248, TITLE U.S.C. SECTION 14141 PATTERN AND PRACTICE, 10 U.S. CODE § - ART 125 KIDNAPPING, 42 U.S.C. 1983, "JUST CAUSE" ACT'S OF WAR, TRESPASSING, PUBLIC ENDANGERMENT

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? 1ST, 2ND, 4TH, 5TH, 6TH, 7TH, 8TH, 9TH, 10TH & 14TH MOST ALL AND ANY AMENDMENT'S OF 'THE' UNITED STATES' CONSTITUTION. WE THEE PEOPLE...

Page 3 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. EACH INDIVIDUAL IS GUILTY OF IGNORING AND NOT ACTING UPON IMMEDIATE ACTION 42 CFR 482.13, UNDER OATH AND DUTY, COLOR OF LAW TO DO SO IN THE SAME MANNER ENDANGERING AND DAMAGING THE PUBLIC. REPEATEDLY SO, BECAUSE OF 18 U.S.C. 241 CONSPIRACY & DEATH THREAT'S RECEIVED, AND THEIR GLARING INVOLVEMENT RELATING TO CHILD PEDOPHILIA, YUCK.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? CORNER OF JEFFERSON AND ADAM'S Olympia WA 98501, AIR BNB - TRAP HOUSE - "RAPE" SETUP, 474 NORTH ST, Olympia WA ACROSS FROM MASONIC MEMORIAL PARK - A PUBLIC CEMETERY 13817 GREENWOOD AVE N, SEATTLE WA 98133 AND KYRO Rel Loeey/Oly WA - AFFLEBAUGH Rd Olympia WA MM' NEAR "Ronald" Methodist CHURCH, DARRELL'S "TAVERN"

B. What date and approximate time did the events giving rise to your claim(s) occur? 99 TO PRESENT, LAST OFFENSE SIGNED, SEALED AND DELIVERED FROM U.S. DISTRICT COURT TACOMA WA, RONALD LEIGHTON'S John Hancock PLACED UPON IT LETTER Committing 18 U.S.C. 241 ADDING 1, TO DEATH THREAT'S, LEFT BY 1 TIMOTHY HORLICK PARTNERING WITH JAMES Flynn.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* TIM HORLICK LEFT MULTIPLE DEATH THREAT'S AND MESSAGES TO MY RESIDENCE OF A PIERCING 474 NORTH ST - A RON PIERCE COMMENT'S CAME NEXT IN 99' CHILD PEDOPHILIA - PRETTY GROSS. NEXT CAME BRENDA ALONGI "Come SLEEP WITH ME AT THE CORNER OF ADAM'S & JEFFERSON. I GOT A OVER FLOWING Bowl OF CONDOM'S. TOLD ME ABOUT HER X "SCOTT". STATE WORKER, DIFFERENT GUY/ SAME NAME AS A ROOMMATE FROM 474 NORTH ST. SCOTT PEEBIE'S WHO TOOK OFF WITH MY THEN 2yr Old SON Dominic. MY PIERCING - GROSS PEDOPHILE'S, TALK -ING SHIT. NEXT CAME AN OFFER OF GIVING A GIFT AT WESTERN STATE BY BRENDA, A PITBULL NAME ROSIE, JUST HAD TO meet AT WSH. ROSIE MADE HER WAY TO Dr. SHOENKEL COUGAR ALUM, FRAUD CONSPIRATOR OF MY MISERY. THEN MORE WORK FOR T.C. ROAD'S MAITNAN AT NEL'S Rd TUMWATER WA. PUT UP A BARB WIRE FENCE IN THE FIELD I WAS MOLESTED IN, BY A PIERCE COUNTY SHERIFF'S SON "ROGER". YUCK, THEN MEET T.C. JUDGE ZINN, COUGAR Alum's family. WORK TOGETHER AT FROG LEAP LN. T90, WA. YUCK

Page 4 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

THE PEOPLE, WE THE PEOPLE, HAVE...

~~If you~~ sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

AT THIS POINT AND TIME IT'S INSURRMOUNTABLE TO THE PEOPLE, OF WHOM, THE UNITED STATES THE STATE OF AMERICA, UNITED, HAS INVESTED IN. THEY'RE KEPT NEATLY IN BOOK'S AT HOSPITALS AND INSTITUTION'S RAN STATE WIDE AND RUN NATIONALLY. WE CAN ONLY ACCURATELY GET A TRUE COUNT OF THE CARNAGE, LEFT OVERS, AFTER DEPOSITIONS ARE CONDUCTED, ASSESSED, AND SUBMITTED BY AN APPOINTEE FROM THE UNITED STATES SUPREME COURT. ME, PERSONALLY. LIFE LONG IRREPARABLE DAMAGE TO MY SHOULDERS, HIPS, FATHER AND SON BOND, LOSS OF TIME IN LIFE, FAMILY !!!

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

MOVE RONALD LEIGHTON, JAMES FLYNN, TO THE "TOWN SQUARE"... WE THE PEOPLE NEED TO SEE ABOUT THEIR 2ND AMMENDMENT. I HAVE PROOF TO SHOW ANY MAN, WOMAN AND CHILD. WHAT I SAY IS BOND, TRUTH. RESTORE THE VOICES OF THE TROTTED UPON, MAKE REPARATIONS OF THE TRUE BLOOD IN AMERICAN HISTORY.

CONSCIENCE – DEFINITION "AN INNER FEELING OR VOICE VIEWED AS ACTING AS A GUIDE TO THE WRIGHTNESS OR RONGFULNESS OF ONE'S BEHAVIOR..."

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/11/20

Signature of Plaintiff
Printed Name of Plaintiff: Timothy R. Petrozzi

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address

# TRANSACTION FORM





## U.S. BANKRUPTCY COURT
## or
## U.S. DISTRICT COURT
(circle one)

**COURTESY COPIES ARE TEMPORARILY NOT REQUIRED DURING THE COVID-19 EMERGENCY**

DATE & TIME: 8/11/20   2:50 PM

NAME: Timothy R. Petrozzi

CASE NUMBER (IF KNOWN): NEW CASE FILING'S

EMAIL: Bronx_98498@yahoo.com

PHONE: (360) 688-9922

```
           FILED ____ LODGED
           RECEIVED
           DROPBOX
           AUG 11 2020
     CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

## REASON FOR TRANSACTION:

☑ NEW CASE FILING   ADDED to 35

☐ PAYMENT (Money Orders made payable to US District Court or US Bankruptcy Court)

**DO NOT LEAVE CASH OR PERSONAL CHECKS**

☐ FILING ADDITIONAL DOCUMENTS

☐ OTHER: Accompany 35 NEW CASE FILING'S, CHANGE OF VENUE, CALL to 2ND AMMENDMENT